# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MADGERYNE DANCY, on her behalf and**                                           **PLAINTIFF**
as Administrator of the Estate of Tania L. Jones,
Deceased

VS.                                       **4:12-CV-00170-BRW**

**CORIZON, INC. and DR. DOUGLAS DE**                                      **DEFENDANTS**
**SAINT FELIX,** *et al.*

## **ORDER**

The Parties' Joint Motion for Dismissal (Doc. No. 18) is GRANTED.

Accordingly, this case is DISMISSED with prejudice, and each party will bear its own costs and fees. The Court retains jurisdiction to: enforce the terms of the settlement agreement; vacate this order; and reopen this action for good cause shown that the settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 26th day of June, 2013.


                                                                  /s/Billy Roy Wilson
                                          UNITED STATES DISTRICT JUDGE